

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JORGE ROJAS RODRIGUEZ and RAUL PABLO CANTU, Individually and on Behalf of All Others Similarly Situated,

          Civil Action No. 1:18-cv-10520-JGK

    Plaintiff(s),

          **AFFIDAVIT OF SERVICE**

   -vs-

FAMOUS FAMIGLIA 169ST LLC, MOZA CORP., FAMIGLIA 43ST LLC, **AFRIM "GINO" IDRIZI** and FRANK IDRIZI, Jointly and Severally,

    Defendant(s).
-----------------------------------------------------------------------/

STATE OF NEW YORK   )
                S.S.
COUNTY OF NEW YORK)

    **NELSON CARVAJAL**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

    That on the 26th day of November, 2018, at approximately the time of 3:02pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and CLASS & COLLECTIVE ACTION COMPLAINT** upon **AFRIM "GINO" IDRIZI** at 4020 Broadway, New York, NY 10032 by personally delivering and leaving the same with **AFRIM "GINO" IDRIZI** at that address. At the time of service, deponent asked **AFRIM "GINO" IDRIZI** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

Case 1:18-cv-10520-JGK   Document 19   Filed 12/03/18   Page 2 of 2



**AFRIM "GINO" IDRIZI** is a white male, approximately 55 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 185 pounds with light brown hair and brown eyes.

_____
NELSON CARVAJAL, #2067766

Sworn to before me this
28th day of November, 2018

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com