UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ROJAS,

                Plaintiff(s),

    -against-

FAMOUS FAMIGLIA 169TH,

                Defendant(s).
--------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

18 civ 10520 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, February 21, 2019,** in Courtroom 14A, at 4:30pm, before the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                             **Don Fletcher**
                                      **Courtroom Case Manager**

Dated: New York, New York
         January 4, 2019

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2019